**Affirmed and Memorandum Opinion filed February 16, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00739-CV**

---

**L.N., Appellant**

**V.**

**DEPARTMENT OF FAMILY AND PROTECTIVE SERVICES, Appellee**

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2020-01471J**

---

## MEMORANDUM OPINION

Appellant L.N. appeals a final order signed on September 27, 2022, terminating her parental rights to the child who is the subject of this suit. Appellant filed a timely notice of appeal.

Appellant's appointed counsel filed a brief in which he concludes the appeal is wholly frivolous and without merit. *See Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807, 811–13 (Tex. Crim. App. 1978). The *Anders* procedures apply to an appeal from the termination of parental rights when

an appointed attorney concludes there are no nonfrivolous issues to assert on appeal. *In re D.E.S.*, 135 S.W.3d 326, 329 (Tex. App.—Houston [14th Dist.] 2004, no pet.).

On December 7, 2022, appellant was notified of the right to file a pro se response to the *Anders* brief. *See Stafford v. State*, 813 S.W.2d 503, 510 (Tex. Crim. App. 1991); *In re D.E.S.*, 135 S.W.3d at 329–30. No pro se response has been filed.

We have carefully reviewed the record and counsel's brief and agree the appeal is wholly frivolous and without merit. Further, we find no reversible error in the record.

Accordingly, the final order of the trial court is affirmed.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.